AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Sep 19 2025
Clerk, U.S. District Court
Western District of Texas

By: _MG_
Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:25-M -05252(1)  ATB** |
| § | |
| **(1) SLEITEY ALEXANDER PARRA-HENRIQUEZ** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 18, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Sleitey Alexander PARRA-Henriquez, an alien to the United States and a citizen of Venezuela was found approximately 2.12 miles West of Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas.  From  "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ PARGA DAVIS, MARIA I.
Signature of Complainant
Border Patrol Agent

September 19, 2025
File Date

at  EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:01 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -05252(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) SLEITEY ALEXANDER PARRA-HENRIQUEZ**

*FACTS   (CONTINUED)*

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Venezuela, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 03/21/2025 through Eagle Pass, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed once, the last one being to VENEZUELA on March 21, 2025, through EAGLE PASS INTL BRIDGE**

CRIMINAL HISTORY:

**11/28/2023, Miami, Glorida, Retail Theft(F), ACC, Penidng.**
**01/18/2024, Doral City, Florida, Petit Theft(M), ACC, Pending.**
**01/18/2024, Doral City, Florida, Resisting Offficer without Violence(M), ACC, Pending.**
**04/06/2024, Orlando Florida, Resist Arrest w/O Violence(M), DRP, .**